UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
WILLIAMS,

                    Plaintiff(s),

- against -

UHLER,

                    Defendant(s).
-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

25 cv 6116 (NSR)(JCM)

The above-entitled action is referred to the Honorable Judith C. McCarthy, United States Magistrate Judge, for the following purpose(s):

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

____ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

____ JURY SELECTION

 X  HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial)

____ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____

SO ORDERED:

Dated: White Plains, New York
       September 4, 2025

_____
NELSON S. ROMÁN, U.S.D.J.

**Clerk of Court is directed to mail a copy of this Order to *pro se* Petitioner at the address on ECF and to show service on the docket.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/04/2025

* Do not check if already referred for General Pre-Trial.

Rev. 9/10