**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------X

Javier Marcelo Victoriano,                       Case No.: 25-cv-01876

                         *Plaintiff*,               **PROPOSED JUDGMENT**

                -*against*-

Jin Ramen Corporation, Jin Ramen Hamilton Heights Corporation, Chokolat Patisserie Corporation, Ifan Chang, Jenny H. Ko, and Deepak Rajwani,

                        *Defendants*.
------------------------------------------------X

On <u>September 26</u>, 2025, Plaintiff Javier Marcelo Victoriano (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendant Jin Ramen Corporation in the amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: _____, 2025

                                                                   **SO ORDERED**

                                               _____